

# Notice of Service of Process

null / ALL
**Transmittal Number: 29431974**
**Date Processed: 07/03/2024**

| | |
|---|---|
| **Primary Contact:** | Jin Chung<br>LG Electronics U.S.A., Inc.<br>111 Sylvan Ave<br>Fl 5<br>Englewood Cliffs, NJ 07632-1514 |
| **Electronic copy provided to:** | Gerony Medina<br>Jessica Park |

| | |
|---|---|
| **Entity:** | LG Electronics U.S.A., Inc.<br>Entity ID Number  0001798 |
| **Entity Served:** | LG Electronics USA Inc |
| **Title of Action:** | Magdalena Halka vs. Costco Wholesale Corporation |
| **Matter Name/ID:** | Magdalena Halka vs. Costco Wholesale Corporation (15939014) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Jefferson Parish District Court, LA |
| **Case/Reference No:** | 855142 L |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 07/02/2024 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | The Fisher Law Firm, LLC<br>504-304-4944 |

**Notes:**    The document matches the original as it was received.  All pages served are included in the image.

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

**EXHIBIT A**

(101) CITATION: PETITION FOR DAMAGES;                    240620-6590-9

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

MAGDALENA HALKA
   versus
COSTCO WHOLESALE CORPORATION, LG
ELECTRONICS USA INC, MITSUI SUMITOMO
INSURANCE USA INC, XYZ COMPANY

Case: 855-142    Div: "L"
P 1 MAGDALENA HALKA

To:  LG ELECTRONICS USA INC
THROUGH ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY
320 SOMERULOS ST
BATON ROUGE LA 70802

EBR CHK#2230 $121.32

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (21) TWENTY-ONE CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney ERIN FISHER and was issued by the Clerk of Court on the 20th day of June, 2024.

/s/ Brittany N. Vitrano
Brittany N. Vitrano, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    240620-6590-9

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal            ___ Domicilary _____

Unable to serve:
   ___ Not at this address      ___ Numerous attempts _____ times
   ___ Vacant                  ___ Received too late to serve
   ___ Moved                   ___ No longer works at this address
   ___ No such address          ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
             Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1

## 24TH CIVIL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. **855142**                                                                                    DIVISION "**L**"

### MAGDALENA HALKA

### VERSUS

### COSTCO WHOLESALE CORPORATION, LG ELECTRONICS USA, INC., MITSUI SUMITOMO INSURANCE USA, INC., AND XYZ COMPANY

FILED: _____        _____
                                                                  DEPUTY CLERK

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Magdalena Halka, hereinafter "Mrs. Halka", a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana, who, with respect, avers as follows:

1.

That made Defendants herein are:

1. LG Electronics USA Inc., (hereinafter "LG"), a foreign corporation authorized to and doing business in the State of Louisiana, and/or otherwise placing its manufactured products into the stream of commerce of the State of Louisiana.

2. Mitsui Sumitomo Insurance USA Inc., (hereinafter "MSU") a foreign insurer, authorized to do and doing business in the State of Louisiana, and insurer of LG;

3. Costco Wholesale Corporation, (hereinafter "Costco") a foreign corporation authorized to and doing business in the State of Louisiana; and

4. XYZ Company, an unknown entity believed to by a domestic company and a third-party installer of Costco Wholesale Corporation.

2.

On or about the 11th day of May, 2023, Plaintiff, Magdalena Halka, and her husband, Withold Halka, purchased a new LG refrigerator from Costco through their website. Plaintiff also purchased the Costco Concierge Servies in order to have the refrigerator delivered and installed at their home.

06/20/2024 12:21:03 CERTIFIED TRUE COPY - Pg:1 of 6 - Jefferson Parish Clerk of Court - ID:24141045

JON A. GEGENHEIMER

24th E-Filed: 06/11/2024 16:51 Case: 855142 Div:L Atty:033130 ERIN FISHER

3.

At all pertinent times herein, plaintiff was the owner of a certain residence located at 2725 Oak Leaf Drive, Marrero, Louisiana ("Halka residence") where the refrigerator was delivered and installed by XYZ Company, the Costco installer, on or about May 25, 2023.

4.

The refrigerator was designed, manufactured, marketed and/or sold by Defendant, LG, and sold by Costco as an authorized retailer and/or seller of LG products.

5.

On or about July 18, 2024, plaintiff, who is currently eighty years old, went into the kitchen to open the refrigerator, when suddenly and without warning the door handle came loose off the refrigerator, causing Mrs. Halka to lose her balance and fall backwards onto the floor. The impact of the fall caused Mrs. Halka's left shoulder bone to break.

6.

Following the incident, Mrs. Halka went to Ochsner Hospital wherein x-rays showed that Mrs. Halka sustained a closed fracture of proximal end of the left humerus, and she was referred to orthopedic surgery. Mrs. Halka immediately followed up an orthopedic surgeon who sent Mrs. Halka for a CT scan. The CT scan confirmed the injuries to Mrs. Halka. Mrs. Halka's arm was placed in a sling and she was required to sleep upright in a chair for approximately two months. Furthermore, since that time Mrs. Halka has received continuing and ongoing treatment including but not limited to physical therapy sessions, steroid injections, follow ups with the orthopedic surgeon. The injuries sustained by Mrs. Halka are ongoing as Mrs. Halka continues to experience numbness and tingling in her hand and continues to have trouble with her daily activities.

6.

That as a result of the aforesaid event, Plaintiff, Magdalena Halka, sustained bodily injuries and damages including but not limited to:

1) past physical pain and suffering;

2) past mental anguish and disability;

3) past costs for medical treatment;



JON A. GEGENHEIMER    06/20/2024 12:21:03 CERTIFIED TRUE COPY - Pg:2 of 6 - Jefferson Parish Clerk of Court - ID:24141045

24th E-Filed: 06/11/2024 16:51 Case: 855142 Div:L Atty:033130 ERIN FISHER

4) loss of enjoyment of life;

5) loss of society and companionship;

6) future physical pain and suffer;

7) future mental anguish and disability;

8) future cost for medical treatment;

9) continued loss of enjoyment of life;

10) future loss of society and companionship; and

11) other damages, which will be more fully ascertained as discovery progresses.

7.

The aforesaid incident sued on herein was the fault of, and proximately caused by the defendants, jointly and/or in solido, in the following non-exclusive respects:

a) Manufacturing, assembling, marketing and/or selling a product which was unreasonably dangerous in construction or composition;

b) Manufacturing, assembling, marketing and/or selling a product which was unreasonably dangerous in design;

c) Manufacturing, assembling, marketing and/or selling a product which was unreasonably dangerous because an adequate warning about the product was not provided;

d) Failure to warn users of the risks/dangers of the product;

e) Improperly installation of the product and/or it's component parts;

f) Negligent handling and/or installation of the product and/or it's component parts;

g) All other acts of fault which were the cause of the incident sued upon and will be shown at the trial of this matter.

Furthermore, the above-described defect existed at the time the refrigerator was delivered and installed at Petitioner's home, rendering the refrigerator unfit for ordinary use.

8.

Plaintiffs show that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by the Defendant, MSU, under the terms and conditions of which it agreed to insure and indemnify defendant LG. Defendant, Costco, is a self-insured corporation.

**WHEREFORE,** Plaintiff, Magdalena Halka, prays that Defendants, LG, MSU, Costco, and XYZ Company be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had,

06/20/2024 12:21:03 CERTIFIED TRUE COPY - Pg:3 of 6 - Jefferson Parish Clerk of Court - ID:24141045

JON A. GEGENHEIMER

24th E-Filed: 06/11/2024 16:51 Case: 855142 Div:L Atty:033130 ERIN FISHER

that there be judgment rendered herein in favor of Plaintiff, Magdalena Halka, and against Defendants, LG, MSU, Costco, and XYZ Company, jointly and/or *in solido*, for such general and special damages as are reasonable in the premises, said judgment to bear legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all legal and equitable relief this Honorable Court shall deem appropriate.

RESPECTFULLY SUBMITTED,

BY: _____
ERIN A. FISHER, Bar No: 33130
The Fisher Law Firm, LLC
3012 19th Street
Metairie, LA 70002
Office: (504) 304-4944
Fax: (504) 335-0646
Erin@TheFisherLawFirm.org

**PLEASE SERVE:**

**Mitsui Sumitomo Insurance USA Inc.**
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Ave
Baton Rouge, LA 70809

**LG Electronics USA, Inc.**
Through its registered agent:
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

**Costco Wholesale**
Through its registered agent:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

24th E-Filed: 06/11/2024 16:51 Case: 855142 Div:L Atty:033130 ERIN FISHER



JON A. GEGENHEIMER    06/20/2024 12:21:03 CERTIFIED TRUE COPY - Pg:4 of 6 - Jefferson Parish Clerk of Court - ID:24141045